[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 96-2260

 BRIAN PORTER,

 Petitioner, Appellant,

 v.

 COMMISSIONER OF INTERNAL REVENUE,

 Respondent, Appellee.

 

 ON APPEAL FROM THE DECISION OF THE
 UNITED STATES TAX COURT

 

 Before

 Torruella, Chief Judge, 
 Campbell, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Brian Porter on brief pro se. 
Loretta C. Argrett, Assistant Attorney General, Robert L. Baker 
and Ann B. Durney, Attorneys, Tax Division, Department of Justice, on 
brief for appellee.

 

 May 15, 1997
 

 Per Curiam. The tax court correctly determined 

that appellant's equitable arguments did not excuse him from

paying taxes and that appellant, who presented no evidence,

failed to carry his burden of demonstrating error in the

Commissioner's deficiency assessment. Consequently, we

affirm the judgment below.

 Affirmed. 

 -2-